IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMUND NASZKE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER HOLEY BRYAN, OFFICER SHAWN MARON, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO,<br><br>　　Defendants. | No. 08-cv-3404<br><br>Judge ST. EVE<br><br>Magistrate Judge DENLOW |

## NOTICE OF MOTION

On June 19, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Emergency Motion for Discovery.

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE and PLAINTIFF'S EMERGENCY MOTION FOR DISCOVERY

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Erica E. Faaborg | efaaborg@hrbattorneys.com |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, ovirola@hrbattorneys.com |
| Abbas Badruddin Merchant | amerchant@hrbattorneys.com |
| Elliot S. Richardson | erichardson@erlaw.net, eadame@hrbattorneys.com, mpizarro@erlaw.net, npeters@erlaw.net, ovirola@hrbattorneys.com, rsorg@erlaw.net |
| Rachelle M. Sorg | rsorg@erlaw.net, npeters@erlaw.net |

Notice has been delivered via facsimile to:

Mara S. Georges
Corporation Counsel, City of Chicago
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
312-744-3989 fax
312-744-6566 fax



Respectfully submitted,

Abbas Merchant_____
Attorney for the Plaintiff

**Horwitz, Richardson, & Baker, LLC.**

20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)