**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sigmund Naszke

                        Plaintiff,

v.                                               Case No.: 1:08−cv−03404
                                                   Honorable Amy J. St. Eve

Holey Bryan, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 6/23/2008. Plaintiffs' emergency motion for discovery [10] is granted. Status hearing set for 6/30/2008 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.