**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sigmund Naszke

                      Plaintiff,

v.                                            Case No.: 1:08−cv−03404
                                                  Honorable Amy J. St. Eve

Holey Bryan, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/30/2008 and continued to 7/29/08 at 8:30 a.m. Plaintiff's oral motion to file an amended complaint by 7/7/08 is granted. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.