IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMUND NASZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HOLEY BRYAN, OFFICER SHAWN MARON, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-3404<br><br>Judge ST. EVE<br><br>Magistrate Judge DENLOW |

**NOTICE OF FILING**

I hereby certify that on June 16, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

FIRST AMENDED COMPLAINT AT LAW

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Erica E. Faaborg     efaaborg@hrbattorneys.com

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, ovirola@hrbattorneys.com

Abbas Badruddin Merchant     amerchant@hrbattorneys.com

Bhairav Radia     bhairav.radia@cityofchicago.org

Elliot S. Richardson     erichardson@erlaw.net, eadame@hrbattorneys.com, mpizarro@erlaw.net, npeters@erlaw.net, ovirola@hrbattorneys.com, rsorg@erlaw.net

Rachelle M. Sorg     rsorg@erlaw.net, npeters@erlaw.net

Abbas Merchant_____
Attorney for the Plaintiff

**Horwitz, Richardson, & Baker, LLC.**

20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)