## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3404     Assigned/Issued By: J. N.

Judge Name: _____     Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
   *(Type of Writ)*                    _____
                                       *(Type of issuance)*

_4_ Original and _0_ copies on _7-11-08_ as to  OFFICER YOUNG;
                     *(Date)*
OFFICER FANNING; OFFICER HEALEY; OFFICER LETRICH