IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIGMUND NASZKE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3404 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER HOLY #2525, OFFICER SHAWN | ) | Judge St. Eve |
| MARON, OFFICER LETRICH #21771, | ) | |
| OFFICER HEALEY #20855, OFFICER | ) | |
| FANNING #20641, OFFICER YOUNG | ) | |
| #20734, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Abbas Merchant, Blake Horwitz, Elliot Richardson, Erica Faaborg, and Rachelle Sorg
      Horwitz, Richardson & Baker, LLC
      20 S Clark Street, Suite 500
      Chicago, IL 60603

   Please take notice that on July 21, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion for an Extension of Time to Answer or Otherwise Plead,** a copy of which was thereby served upon you.

   Please take further notice that I will appear before the Honorable Judge St. Eve or such other Judge or Magistrate Judge sitting in her stead, on July 24, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

   I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Motion for an Extension of Time to Answer or Otherwise Plead,** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on July 21, 2008.

                                        */s/ Bhairav Radia*
                                        Bhairav Radia
30 N. LaSalle Street, Suite 1020        Assistant Corporation Counsel
Chicago, IL 60602
(312) 744-6919