AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIGMUND NASZKE, <br><br>　　Plaintiff, <br><br>　v. <br><br> OFFICER HOLY #2525, OFFICER SHAWN MARON, OFFICER LETRICH #21771, OFFICER HEALEY #20855, OFFICER FANNING #20641, OFFICER YOUNG #20734, and the CITY OF CHICAGO, <br><br>　　Defendants. <br><br> To: OFFICER FANNING #20641 <br> c/o Chicago Police Headquarters <br> 3510 S. Michigan Ave. <br> Chicago, IL 60653 | No. 08-cv-3404 <br><br> Judge: ST. EVE |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　　　　　　HORWITZ, RICHARDSON & BAKER LLC
　　　　　　　　20 S. Clark St. Suite 500
　　　　　　　　Chicago, IL 60603
　　　　　　　　Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____　　　　　　　　_____
(By) Deputy Clerk　　　　　　　　　　　　　　　　　　　Date

Michael W. Dobbins, Clerk

/s/ Annette Nunley
(By) DEPUTY CLERK



July 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action    08 CV 3404

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 7/22/08 |
| NAME OF SERVER (PRINT) Dan Corbett | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. Fanning c/o Patrick Martin
CPD Headquarters 3510 S. Michigan Ave
Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 7/22/08
Date

Signature of Server

c/o Metro Service Inc. 4647 W 103rd St
Address of Server    Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.