**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sigmund Naszke

                        Plaintiff,

v.                                                     Case No.: 1:08−cv−03404

                                                          Honorable Amy J. St. Eve

Holey Bryan, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 7/24/08. Defendant City's motion for an extension of time [20] is granted in part. Defendants to answer or otherwise plead on or before 8/29/08. Status hearing set for 7/29/08 is stricken and reset to 8/27/08 at 8:30 a.m. Joint status report to be filed by 8/22/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.