IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMUND NASZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HOLY #2525, OFFICER SHAWN MARON,  OFFICER LETRICH #21771, OFFICER HEALEY #20855, OFFICER FANNING #20641, OFFICER YOUNG #20734, and the CITY OF CHICAGO,<br><br>    Defendants. | No.  08-cv-3404<br><br>Judge: ST. EVE<br><br>Magistrate: DENLOW |

**NOTICE OF FILING**

I hereby certify that on August 25, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document(s):

INITIAL STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Thomas Jon Aumann     thomas.aumann@cityofchicago.org

Bhairav Radia     bhairav.radia@cityofchicago.org

                              s/Amanda S. Yarusso

                              **Horwitz, Richardson, & Baker, LLC.**
                              20 S. Clark Street, Suite 500
                              Chicago, IL  60603
                              (312) 676-2100
                              (312) 372-7076 (Fax)