## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Sigmund Naszke
                      Plaintiff,

v.                                       Case No.: 1:08−cv−03404
                                                     Honorable Amy J. St. Eve

Holey Bryan, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/27/2008 and continued to 10/15/08 at 8:30 a.m. Plaintiff's oral motion to withdraw respondeat superior claims is granted. Plaintiff's oral motion to withdraw is granted. Attorney Abbas Badruddin Merchant terminated. Defendant officers to answer or otherwise plead by 9/18/08. Rule 26(a)(1) disclosures by 9/15/08. Written discovery to be issued by 9/29/08. Fact discovery to close 1/15/09. Expert reports by 2/15/09. Rebuttal expert reports by 3/15/09. Expert discovery to close 4/16/09. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.