IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sigmund Naszke

Plaintiff(s),

v.

Officer Holey Bryan, et al

Defendant(s).

Case No. 08 C 3404

Magistrate Judge Morton Denlow

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their settlement agreement entered into on 4/28/09.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through 7/28/2009.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

ENTER:

Dated: April 30, 2009

_____
JUDGE

AGREED TO:

Attorney for Plaintiff(s):

AGREED TO:

Attorney for Defendant(s):